NANCY BLAND et al., Respondents, v. JOHN CHART et al., Appellants. (Civil No. 192.)

APPEAL from the District Court of the Third Judicial District in and for the County of Yavapai.

L. F. Eggers, for Appellants.

Rush, Wells and Howard, for Respondents.

September 29, 1887.   Dismissed.